# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MARK MYERS,** | : | Case No.  1:17-cv-311 |
| | : | |
| Plaintiff, | : | **Judge Michael R. Barrett** |
| | : | |
| v. | : | |
| | : | **AGREED PROTECTIVE ORDER** |
| **JASON MIZE, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

Pursuant to the agreement of counsel for the parties and pursuant to Rule 26 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT:

The medical and/or psychological records of plaintiff Mark Myers shall be subject to this Order and shall be treated as strictly confidential material and shall not be utilized except in connection with the trial or preparation for trial of this case.

Such confidential material may be inspected only by counsel for defendants, defendants, appropriate experts and/or employees of counsel for said parties.  Counsel may not disclose such confidential material to any third parties except upon order by this Court.

In the event that any confidential material subject to this Order is used in any Court proceeding herein, it shall not lose its confidential status through such use, and the parties shall take all steps reasonably required to protect its confidentiality during such use.

Upon termination of this litigation, counsel for the defendants shall destroy all copies of the confidential material received hereunder.

The terms of this Order shall continue unless and until modified and/or terminated by further order of this Court or agreement of the parties.

2

      /s/ Michael R. Barrett
Judge Michael R. Barrett

    November 16, 2017
Date

2