**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MARK MYERS,                                    Case No. 1:17-cv-311
      Plaintiff,                          Barrett, J.

      vs.

JASON MIZE, et al.,                            **ORDER**
      Defendants.


      The Court having been advised by Magistrate Judge Litkovitz that this case has been

successfully mediated and settled in the Court's presence;

      It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of

the parties may, upon good cause shown by May 21, 2018, move to reopen the action if settlement is

not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry

contemplated by the settlement agreement.

      The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of

the parties.

      **IT IS SO ORDERED.**


Date:   April 16, 2018                      *s/Michael R. Barrett*
                                       Michael R. Barrett
                                       United States District Judge